MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
miltenbergerc@gtlaw.com

DANIEL R. WARREN (*pro hac vice* forthcoming)
SCOTT C. HOLBROOK (*pro hac vice* forthcoming)
BAKER & HOSTETLER, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dwarren@bakerlaw.com
sholbrook@bakerlaw.com

*Counsel for Defendants Whole Foods Market, Inc., Whole Foods Market Group, Inc., Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lynn Marie Cousino, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc.; and WFM Southern Nevada, Inc.,<br><br>Defendants. | Case No. 2:17-CV-02531-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (First Request)

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Whole Foods Market, Inc., Whole Foods Market Group, Inc., Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc. ("Defendants") and Plaintiff Lynn Marie Cousino ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to a four-day extension of time for Defendants to respond to Plaintiffs' First Amended Complaint in the above-captioned matter until January 16, 2018.

On December 4, 2017, Plaintiff filed her First Amended Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. and for Relief Under the Declaratory Judgment Act, 15 U.S.C. § 2201, and for Damages and Equitable Relief Under Nevada Law (the "First Amended Complaint") (ECF No. 4). The current deadline for Defendants' response to the First Amended Complaint is January 12, 2018. In light of Defendants' counsels' concurrent, competing obligations and Defendants' recent engagement of Nevada counsel, Greenberg Traurig, LLP, Defendants request a short extension of time in order to finalize and submit their response to Plaintiff's First Amended Complaint. Plaintiff does not object to the continuance and has agreed to the extension as a professional courtesy.

This is the first stipulation for an extension of time for Defendants to file and serve their response to Plaintiff's First Amended Complaint.

///

AUS 536727799v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Based on the foregoing, the parties respectfully request that this Court enter an order extending the deadline for Defendants to file and serve their response to Plaintiffs' First Amended Complaint to **January 16, 2018.**

DATED this __ day of January, 2018.

GREENBERG TRAURIG, LLP

By: /s/ Christopher R. Miltenberger
    MARK E. FERRARIO
    Nevada Bar No. 1625
    CHRISTOPHER R. MILTENBERGER
    Nevada Bar No. 10153
    3773 Howard Hughes Pkwy., Suite 400 N
    Las Vegas, Nevada 89169

    DANIEL R. WARREN
    *pro hac vice* forthcoming
    SCOTT C. HOLBROOK
    *pro hac vice* forthcoming
    BAKER & HOSTETLER, LLP
    Key Tower
    127 Public Square, Suite 2000
    Cleveland, Ohio 44114-1214

*Counsel for Defendants*

DATED this __ day of January, 2018.

KNEPPER & CLARK LLC

By: /s/ Miles N. Clark
    MATTHEW I. KNEPPER
    Nevada Bar No. 12796
    MILES N. CLARK
    Nevada Bar No. 13848
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, Nevada 89129

    DAVID H. KRIEGER
    Nevada Bar No. 9086
    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Henderson, Nevada 89123

    SEAN N. PAYNE
    Nevada Bar No. 13216
    PAYNE LAW FIRM LLC
    9550 S. Eastern Ave., Suite 253-A213
    Las Vegas, Nevada 89123

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES
DISTRICT/MAGISTRATE JUDGE**

**DATED:** January 10, 2018