1
2
3
4
5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

6
7

8          )          Case #2:17-cv-2531-JAD-PAL
           )
9   Lynn Marie Cousino          )
           )
           )          **VERIFIED PETITION FOR**
10          Plaintiff(s),          )          **PERMISSION TO PRACTICE**
           )          **IN THIS CASE ONLY BY**
11   vs.          )          **ATTORNEY NOT ADMITTED**
           )          **TO THE BAR OF THIS COURT**
12   Whole Foods Market, Inc., et al.,          )          **AND DESIGNATION OF**
           )          **LOCAL COUNSEL**
13          )
           Defendant(s).          )
14          )          FILING FEE IS $250.00

15

16   _____Ann Yackshaw_____, Petitioner, respectfully represents to the Court:
           (name of petitioner)

17

18   1.     That Petitioner is an attorney at law and a member of the law firm of

           _____Baker & Hostetler LLP_____
19                              (firm name)

20   with offices at _____200 Civic Center Drive, Suite 1200_____,
                                   (street address)

21
     _____Columbus_____, _____Ohio_____, ____43215____,
22          (city)                    (state)              (zip code)

23   _____614.228.1541_____, ____ayackshaw@bakerlaw.com____.
     (area code + telephone number)          (Email address)

24

25   2.     That Petitioner has been retained personally or as a member of the law firm by

26   _____Whole Foods Market, Inc., et al._____ to provide legal representation in connection with
                    [client(s)]

27   the above-entitled case now pending before this Court.

28                                                            Rev. 5/16

3. That since ___11/04/2013___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Ohio___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Ohio | 11/04/2013 | 0090623 |
| U.S. Court of Appeals for the Sixth Circuit | 10/14/2015 | |
| U.S. District Court Northern District of Ohio | 07/24/2015 | |
| U.S. District Court Southern District of Ohio | 12/05/2016 | |
| U.S. District Court Colorado | 01/04/2017 | |
| U.S. District Court Northern District of Illinois | 04/17/2017 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Ohio Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Ohio_____ )
                             )
COUNTY OF _____Franklin_____ )

_____Ann Yackshaw_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___11___ day of ___January___, ___2018___.

_____
Notary Public or Clerk of Court

JENNIFER CHAPMAN
Notary Public, State of Ohio
My Comm. Expires Aug. 7, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
believes it to be in the best interests of the client(s) to designate _____Mark E. Ferrario_____,
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
above-entitled Court as associate resident counsel in this action. The address and email address of
said designated Nevada counsel is:

_____Greenberg Traurig, LLP, Suite 400 North, 3773 Howard Hughes Parkway_____,
                              (street address)

_____Las Vegas_____, _____Nevada_____, _____89169_____,
   (city)                (state)          (zip code)

_____702.792.3773_____, _____ferrariom@gtlaw.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mark E. Ferrario _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

On behalf of Defendants Whole Foods Market, Inc., et al.
(type or print party name, title)

_____
(party's signature)

John H. Hempfling II, Sr. Global Litigation Coun;sel
Whole Foods Market Services, Inc.
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1625                          Terrariom@gtlaw.com
Bar number                Email address

APPROVED:

Dated: January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of Ohio

## CERTIFICATE

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Ann Yackshaw

was admitted to the practice of law in Ohio on November 4, 2013; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 29th day of December, 2017.

GINA WHITE PALMER
*Director, Attorney Services Division*

Tammy White
*Attorney Services Manager*