Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN MARIE COUSINO, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET, INC.; WHOLE FOODS MARKET GROUP, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC., and WFM SOUTHERN NEVADA, INC,<br><br>Defendants. | Case No.: 2:17-cv-02531-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO PLEAD OR RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 19 |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO PLEAD OR RESPOND TO MOTION TO DISMISS(FIRST REQUEST) - 1

Plaintiff Lynn M. Cousino ("Plaintiff"), by and through her counsel of record, and Defendants Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc.; and WFM Southern Nevada, Inc., ("Defendants") (Collectively the "Parties") have agreed and stipulated to the following:

1. On September 28, 2017, Plaintiff filed a Complaint. (ECF Dkt. 1)

2. On December 4, 2017, Plaintiff filed her First Amended Complaint. (ECF Dkt. 4)

3. On January 16, 2018, Defendant filed a Motion to Dismiss the First Amended Complaint. (ECF Dkt. 14)

4. Plaintiff's deadline to plead or otherwise respond is January 30, 2018.

5. Plaintiff has requested a brief, four-day extension of the January 30 deadline in order for Plaintiff to evaluate the arguments made in the motion. Defendants are agreeable to the request as a matter of professional courtesy. This is the first extension of time that has been requested for Plaintiff's January 30 deadline. As a result, both Parties hereby request this Court to further extend the date for Plaintiff to respond to Defendants' Motion to Dismiss First Amended Complaint until **February 5, 2018**.

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO PLEAD OR RESPOND TO MOTION TO DISMISS(FIRST REQUEST) - 2

IT IS SO STIPULATED.
January 24, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Christopher R. Miltenberger* |
| Matthew I. Knepper, Esq. | Mark E. Ferrario, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 1625 |
| Miles N. Clark, Esq. | Christopher R. Miltenberger, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 10153 |
| KNEPPER & CLARK LLC | GREENBERG TRAURIG, LLP |
| 10040 W. Cheyenne Ave., Suite 170-109 | 3773 Howard Hughes Pkwy., Ste 400 North |
| Las Vegas, NV 89129 | Las Vegas, NV 89169 |
| | Email: ferrariom@gtlaw.com |
| David H. Krieger, Esq. | Email: miltenbergerc@gtlaw.com |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | Ann Yackshaw, Esq. (*Pro Hac Vice*) |
| 8985 S. Eastern Avenue, Suite 350 | BAKER & HOSTETLER LLP |
| Henderson, Nevada 89123 | 200 Civic Center Drive, Suite 1200 |
| | Columbus, OH 43215 |
| Sean N. Payne, Esq. | Email: ayackshaw@bakerlaw.com |
| Nevada Bar No. 13216 | |
| PAYNE LAW FIRM LLC | Daniel R. Warren, Esq. (*Pro Hac Vice*) |
| 9550 S. Eastern Ave. Suite 253-A213 | Dante A. Marinucci, Esq. (*Pro Hac Vice*) |
| Las Vegas, NV 89123 | Scott C. Holbrook, Esq. (*Pro Hac Vice*) |
| Email: seanpayne@spaynelaw.com | BAKER & HOSTETLER LLP |
| | Key Tower |
| *Counsel for Plaintiff* | 127 Public Square, Suite 2000 |
| | Cleveland, OH 44114 |
| | Email: dwarren@bakerlaw.com |
| | Email: dmarinucci@bakerlaw.com |
| | Email: sholbrook@bakerlaw.com |
| | |
| | *Counsel for Defendants Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc.; and WFM Southern Nevada, Inc.* |

## **ORDER**

Based on the parties' stipulation [ECF No. 19], and good cause appearing, IT IS HEREBY ORDERED that plaintiff's deadline to respond to the motion to dismiss [ECF No. 14] is extended to February 5, 2018.

_____
U.S. District Judge   1-24-18

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO PLEAD OR RESPOND TO MOTION TO DISMISS(FIRST REQUEST) - 3