1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  CHRISTOPHER R. MILTENBERGER, ESQ.
   Nevada Bar No. 10153
3  **GREENBERG TRAURIG, LLP**
   3773 Howard Hughes Parkway, Suite 400 North
4  Las Vegas, Nevada 89169
   Telephone:  (702) 792-3773
5  Fax:         (702) 792-9002
   Email: ferrariom@gtlaw.com
6          miltenbergerc@gtlaw.com

7  DANIEL R. WARREN, ESQ. *(pro hac vice)*
   SCOTT C. HOLBROOK, ESQ. *(pro hac vice)*
8  DANTE MARINUCCI, ESQ. *(pro hac vice)*
   **BAKER & HOSTETLER LLP**
9  Key Tower
   127 Public Square, Ste 2000
10 Cleveland, OH 44114-1214
   Telephone: (216) 621-0200
11 Fax:        (216) 696-0740
   Email: dwarren@bakerlaw.com
12         sholbrook@bakerlaw.com
           dmarinucci@bakerlaw.com
13
   ANN YACKSHAW, ESQ. *(pro hac vice)*
14 **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
15 Columbus, Ohio 43215
   Telephone: 614.228.1541
16 Email: ayackshaw@bakerlaw.com

17 *Attorneys for Defendants Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc.,*
18

19             **UNITED STATES DISTRICT COURT**
20                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 21  LYNN MARIE COUSINO, and all similarly situation individuals,<br>22<br>23              Plaintiffs,<br>24  vs.<br>25  WHOLE FOODS MARKET, INC.;<br>WHOLE FOODS MARKET GROUP, INC.;<br>26  MRS. GOOCH'S NATURAL FOOD MARKETS, INC., AND WFM SOUTHERN<br>27  NEVADA, INC.,<br>28              Defendants. | Case No.: 2:17-cv-2531-JAD-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

AUS 536734614v1

Defendants Whole Foods Market, Inc., Whole Foods Market Group, Inc., Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc., by and through their counsel, the law firms of Greenberg Traurig, LLP and Baker & Hostetler LLP, hereby file this Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1. The undersigned counsel of record hereby certify that the following may have a direct, pecuniary interest in the outcome of this case:

1. Whole Foods Market, Inc., which is wholly owned by its parent, Walnut Sub Properties, LLC, a non-publicly held limited liability company;[1]
2. Whole Foods Market Group, Inc., which is wholly owned by its parent, Whole Foods Market, Inc., a non-publicly held corporation;
3. Mrs. Gooch's Natural Food Markets, Inc., which is wholly owned by its parent, Whole Foods Market, Inc., a non-publicly held corporation; and
4. WFM Southern Nevada, Inc., which is wholly owned by its parent, Mrs. Gooch's Natural Food Markets, Inc., a non-publicly held corporation.

This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 26th day of January, 2018.

        GREENBERG TRAURIG, LLP

By:  */s/ Mark E. Ferrario*
   MARK E. FERRARIO, ESQ. (Bar No. 1625)
   CHRISTOPHER R. MILTENBERGER (Bar No. 10153)
   3773 Howard Hughes Parkway, Suite 400 North
   Las Vegas, Nevada 89169

   DANIEL R. WARREN, ESQ. *(pro hac vice)*
   SCOTT C. HOLBROOK, ESQ. *(pro hac vice)*
   DANTE MARINUCCI, ESQ. *(pro hac vice)*
   **BAKER & HOSTETLER LLP**
   Key Tower
   127 Public Square, Ste 2000
   Cleveland, OH 44114-1214

---

[1] Whole Foods Market, Inc. is an indirect subsidiary of Amazon.com, Inc.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

AUS 536734614v1

ANN YACKSHAW, ESQ. *(pro hac vice)*
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215

*Attorneys for Defendants Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc.*

*AUS 536734614v1*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 26th day of January, 2018, a true and correct copy of the foregoing *Certificate of Interested Parties* was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ *Andrea Lee Rosehill*
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*AUS 536734614v1*