1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  CHRISTOPHER R. MILTENBERGER, ESQ.
   Nevada Bar No. 10153
3  **GREENBERG TRAURIG, LLP**
   3773 Howard Hughes Parkway, Suite 400 North
4  Las Vegas, Nevada  89169
   Telephone:  (702) 792-3773
5  Fax:          (702) 792-9002
   Email: ferrariom@gtlaw.com
6          miltenbergerc@gtlaw.com

7  DANIEL R. WARREN, ESQ. *pro hac vice*
   SCOTT C. HOLBROOK, ESQ. *pro hac vice*
8  DANTE MARINUCCI, ESQ. *pro hac vice*
   **BAKER & HOSTETLER LLP**
9  Key Tower
   127 Public Square, Ste 2000
10 Cleveland, OH 44114-1214
   Telephone:  (216) 621-0200
11 Fax:          (216) 696-0740
   Email: dwarren@bakerlaw.com
12        sholbrok@bakerlaw.com
          dmarinucci@bakerlaw.com
13
   ANN YACKSHAW, ESQ. *pro hac vice*
14 **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
15 Columbus, Ohio 43215
   Telephone:  (614) 228-1541
16 Email:  ayackshaw@bakerlaw.com

17 *Attorneys for Defendants Whole Foods Market, Inc.; Whole Foods Market
18 Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc., and WFM Southern Nevada, Inc.,*

19              **UNITED STATES DISTRICT COURT**

20                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 21  LYNN MARIE COUSINO, and all similarly situation individuals, | Case No.: 2:17-cv-2531-JAD-PAL |
| 22 | |
| 23              Plaintiffs, | **STIPULATED EXTENSION TO FILE** |
| 24  vs. | **REPLY IN SUPPORT OF DEFENDANTS'** |
|  | **MOTION TO DISMISS** |
| 25  WHOLE FOODS MARKET, INC.; | |
| WHOLE FOODS MARKET GROUP, INC.; | **ORDER** |
| 26  MRS. GOOCH'S NATURAL FOOD | |
| MARKETS, INC., AND WFM SOUTHERN | |
| 27  NEVADA, INC., | |
| 28              Defendants. | |

612005943.1
*AUS 536737940v1*

Defendants Whole Foods Market, Inc.; Whole Foods Market Group, Inc.; Mrs. Gooch's Natural Food Markets, Inc.; and WFM Southern Nevada, Inc., ("Defendants") and Plaintiff Lynn M. Cousino ("Plaintiff") have agreed and stipulated to the following:

1. On September 28, 2017, Plaintiff filed a Complaint. (ECF Dkt. 1)

2. On December 4, 2017, Plaintiff filed her First Amended Complaint. (ECF Dkt. 4)

3. On January 16, 2018, Defendants filed a Motion to Dismiss the First Amended Complaint. (ECF Dkt. 14)

4. On February 5, 2018, Plaintiff filed a response to Defendants' motion. (ECF Dkt. 24)

5. Defendants' deadline to file a reply in support of the motion is February 12, 2018.

6. Defendants have requested a brief, four-day extension of the February 12 deadline so that they have sufficient time to evaluate and respond to the arguments made in Plaintiff's response. Plaintiff is agreeable to the request as a matter of professional courtesy. Defendants have requested no other extensions of the February 12 reply deadline. As a result, both Parties hereby request this Court to extend the date for Defendants to file a Reply in Support of Defendants' Motion to Dismiss the First Amended Complaint until **February 16, 2018.**

IT IS SO STIPULATED.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 8, 2018.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

2 | Dated this 7th day of February, 2018. | Dated this 7th day of February, 2018.

3 | /s/ Miles N. Clark | /s/ Christopher R. Miltenberger

4 | Matthew I. Knepper, Esq. | Mark E. Ferrario, Esq.
Nevada Bar No. 12796 | Nevada Bar No. 1625

5 | Miles N. Clark, Esq. | Christopher R. Miltenberger, Esq.
Nevada Bar No. 13848 | Nevada Bar No. 10153

6 | KNEPPER & CLARK LLC | GREENBERG TRAURIG, LLP
10040 W. Cheyenne Ave., Suite 170-109 | 3773 Howard Hughes Pkwy., Ste 400 North

7 | Las Vegas, NV 89129 | Las Vegas, NV 89169
Email: ferrariom@gtlaw.com

8 | David H. Krieger, Esq. | Email: miltenbergerc@gtlaw.com
Nevada Bar No. 9086

9 | HAINES & KRIEGER, LLC | Ann Yackshaw, Esq. (*Pro Hac Vice*)
8985 S. Eastern Avenue, Suite 350 | BAKER & HOSTETLER LLP

10 | Henderson, Nevada 89123 | 200 Civic Center Drive, Suite 1200
Columbus, OH 43215

11 | Sean N. Payne, Esq. | Email: ayackshaw@bakerlaw.com

12 | Nevada Bar No. 13216
PAYNE LAW FIRM LLC | Daniel R. Warren, Esq. (*Pro Hac Vice*)

13 | 9550 S. Eastern Ave. Suite 253-A213 | Dante A. Marinucci, Esq. (*Pro Hac Vice*)
Las Vegas, NV 89123 | Scott C. Holbrook, Esq. (*Pro Hac Vice*)

14 | Email: seanpayne@spaynelaw.com | BAKER & HOSTETLER LLP
Key Tower

15 | | 127 Public Square, Suite 2000
*Counsel for Plaintiff* | Cleveland, OH 44114

16 | | Email: dwarren@bakerlaw.com
Email: dmarinucci@bakerlaw.com

17 | | Email: sholbrook@bakerlaw.com

18

19 | | *Counsel for Defendants Whole Foods Market,*
*Inc.; Whole Foods Market Group, Inc.;*

20 | | *Mrs. Gooch's Natural Food Markets, Inc.; and*
*WFM Southern Nevada, Inc.*

21

### ORDER

22

23 | **IT IS SO ORDERED.**

24 | _____
UNITED STATES DISTRICT COURT JUDGE

25 | Dated: _____

26

27

28

612005943.1
AUS 536737940v1