Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN MARIE COUSINO, and all similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> WHOLE FOODS MARKET, INC.; WHOLE FOODS MARKET GROUP, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC., and WFM SOUTHERN NEVADA, INC., <br><br> Defendants. | Case No.: 2:17-cv-02531-JAD-PAL <br><br><br> **NOTICE OF PENDING SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff LYNN MARIE COUSINO and Defendants WHOLE FOODS MARKET, INC.; WHOLE FOODS MARKET GROUP, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC., and WFM SOUTHERN NEVADA, INC. (collectively "Defendants"), have reached a tentative settlement contingent on the parties' agreement to and execution of a full written settlement agreement. The parties anticipate filing within 60 days a Stipulation for Dismissal of the Action with prejudice as to all the named Plaintiff's claims against Defendants. Plaintiff requests that all pending dates, deadlines, and filing requirements as to Plaintiff and Defendants be vacated and that the Court set a deadline sixty days from the present date for filing a dismissal as to Defendants.

Dated this 30th day of April, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

**IT IS ORDERED** that the parties shall have until **June 29, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 3, 2018

_____
Peggy A. Leen
United States Magistrate Judge

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

NOTICE OF PENDING SETTLEMENT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC