**CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN MARIE COUSINO, and all similarly situation individuals, | Case No.: 2:17-cv-2531-JAD-PAL |
| Plaintiffs, | |
| vs. | |
| WHOLE FOODS MARKET, INC.; WHOLE FOODS MARKET GROUP, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC., AND WFM SOUTHERN NEVADA, INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lynn Marie Cousino, by and through undersigned counsel, hereby dismisses this action in its entirety, with prejudice as to all of Plaintiff's individual claims and causes of action against Defendants.

///

**CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

Dated: June 12, 2018, 2018

Respectfully submitted,

*/s/ Miles N. Clark*
Miles N. Clark (13848)
miles.clark@knepperclark.com
Matthew I. Knepper (12796)
mathew.knepper@knepperclark.com
Knepper & Clark LLC
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas, Nevada 89129
Telephone:  702.825.6060
Facsimile:  702.447.8048

David H. Krieger (9086)
dkrieger@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Ave.
Suite 350
Henderson, Nevada 89123
Telephone:  702.880.5554
Facsimile:  702.385.5518

Sean N. Payne (13216)
seanpayne@spaynelaw.com
Payne Law Firm LLC
9550 S. Eastern Ave.
Suite 253-A213
Las Vegas, Nevada 89123
Telephone:  702.952.2733
Facsimile:  702.462.7227

*Attorneys for Plaintiff*

CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

                                          /s/ *Lucille Chiusano*
                                          An Employee of Knepper & Clark LLC